# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**  Case No.  8:03-cr-77-T-30TBM

**SAMI AMIN AL-ARIAN, et al.**
_____

## ORDER CONTINUING TRIAL
## AND DEFERRING MOTIONS FOR CHANGE OF VENUE

This cause came on for consideration without oral argument upon Defendant Al-Arian's Motion for Change of Venue (Dkt. # 991) and the Motion of Hatem Naji Fariz to Transfer Venue (Dkt. # 994).  The Court, having considered the motions and being otherwise fully advised, finds that trial should be continued and the motions deferred.

This continuance is necessitated by the fact that Defendants waited to file their motions until two (2) weeks before the scheduled start of trial.  The Court could deny the motions based upon their belated filing.  See Cagnina v. United States, 223 F.2d 149, 154 (5th Cir. 1955)(motion for change of venue filed about a week before trial was made too late).[1]  But the Court would like to conduct additional questioning of potential jurors before ruling on Defendants' motions.

---

[1] Fifth Circuit decisions handed down prior to October 1, 1981, are binding precedent upon this Court.  Bonner v. City of Pritchard, 661 F.2d 1206, 1209 (11th Cir. 1981) (*en banc*).

Accordingly, it is **ORDERED** that the evidentiary portion of the trial of this matter is continued until **MONDAY, JUNE 6, 2005.** The Court will continue questioning potential jurors during the week of **May 16, 2005.** Consideration of the Defendants' motions for change of venue is deferred until after the Court's examination of potential jurors is completed.

**DONE** and **ORDERED** in Tampa, Florida on May 5, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2003\03-cr-77  Al-Arian\03-cr-77.cont trial.wpd