**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No. 8:03-cr-77-T-30TBM

**SAMI AMIN AL-ARIAN,** *et al.*
_____

## ORDER

This cause came on for consideration without oral argument upon the Government's Motion for Reconsideration of this Court's Order of April 19, 2005, (Dkt. #990). This Court indicated in its Order that electronic surveillance pursuant to the Foreign Intelligence Surveillance Act ("FISA"), 50 U.S.C. §§ 1801 *et seq.*, may have been conducted by the Government outside statutorily-prescribed time limits and that any evidence the Government obtained during these potentially unauthorized periods would not be admissible. This Court also noted that electronic surveillance of a FISA target commenced prematurely on one occasion and accordingly suppressed any evidence the Government intended to use at trial that was obtained during this period.

The Government now asks this Court to amend its Order because it maintains that electronic surveillance was not conducted outside the time limits set forth in FISA and because the Government has no intention of using evidence that was obtained during the premature occasion singled out by the Court.

The Government's request for reconsideration should be DENIED. This Court did not find that the Government, in fact, engaged in unauthorized electronic surveillance or intended to use at trial any evidence that was obtained unlawfully. Rather, this Court took note of the possibility that such unauthorized surveillance may have been conducted and suppressed *ex ante* any unlawfully acquired evidence that Government may have intended to use at trial. The Government's assurances with respect to the conduct of electronic surveillance and its use of evidence acquired during the premature electronic surveillance does not justify any modification of this Court's previous Order because no otherwise admissible evidence was suppressed.

It is therefore ORDERED and ADJUDGED that the Government's Motion for Reconsideration of this Court's Order of April 19, 2005, (Dkt. 990) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on May 11, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2003\AL-ARIAN\Motn Reconsideration FISA.wpd