**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No. 8:03-cr-77-T-30TBM

**SAMI AMIN AL-ARIAN, et al.**

_____

## ORDER

This cause is before the Court upon United States' Motion to Exclude Purported Expert Testimony of Ilan Pappe and Raji Sourani (Dkt. #1116). At this point, it is premature to determine whether or not the testimony of these individuals will be relevant or helpful to the jury. The Government's Motion is therefore DENIED without prejudice. Defendants, however, are prohibited from mentioning the testimony of these two witnesses in opening statements.

It is therefore ORDERED AND ADJUDGED that:

1. The United States' Motion to Exclude Purported Expert Testimony of Ilan Pappe and Raji Sourani (Dkt. #1116) is DENIED without prejudice.

2. Defendants are prohibited from mentioning the testimony of Ilan Pappe and Raji Sourani in opening statements.

**DONE** and **ORDERED** in Tampa, Florida on May 27, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2003\AL-ARIAN\ExcludeExpertTestimony.Motion 1116.wpd