UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                          Case No.  8:03-cr-77-T-30TBM

**SAMI AMIN AL-ARIAN,** *et al.*

_____

## ORDER

This cause came on for consideration upon Defendant Al-Arian's Appeal from Magistrate's Order Regarding Translations of Foreign Language Evidence (Dkt. #1083). A hearing on the Motion was held on May 26, 2005.  Defendant Al-Arian asserts three objections to the Magistrate Judge's findings with respect to the parties' use during trial of translations of foreign language evidence.  Defendant Al-Arian contends that the use of a heading on documents that translate recorded conversations occurring in a foreign language is impermissible hearsay.[1]  He also argues that the Government should not be permitted to introduce into evidence redacted versions of translations which have been stipulated to by the parties.  Finally, Defendant Al-Arian objects to the terms of the Magistrate's order that precludes from evidence any translations that were not disclosed by either the Government or the Defendants within the respective time frames permitted.

After consideration, this Court finds that Defendant Al-Arian's Motion should be GRANTED in part and DENIED in part.  Defendant Al-Arian's objection to the heading on

---

[1] The Government offered a modified version of the heading during the hearing on the Motion. The modified version of the heading is the subject of this Order.

the translations is DENIED because the Government will be required to establish the information identified in each heading (i.e., identity of speakers, time and date of conversation, telephone numbers) prior to introducing the translations into evidence. Defendant Al-Arian's objection to redacted versions of the translations is also DENIED. The Defendants, however, may seek leave of court to introduce those redacted portions of the translations into evidence if they believe that such evidence is necessary under the rule of completeness.

Finally, Defendant Al-Arian's objection to the Magistrate Judge's enforcement of the translation deadline is GRANTED. The parties stipulated during the hearing that both sides have been working diligently to accomplish the task of translating all of the foreign language evidence in this case. Accordingly, the deadline for the parties to submit their respective translations shall be extended to Friday, June 3, 2005.

It is therefore ORDERED and ADJUDGED that Defendant Al-Arian's Appeal from Magistrate's Order Regarding Translations of Foreign Language Evidence (Dkt. #1083) is **GRANTED in part** and **DENIED in part** as set forth herein.

**DONE** and **ORDERED** in Tampa, Florida on May 27, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2003\AL-ARIAN\Motn Appeal Mag Order Translations.wpd