**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                                  Case No.  8:03-cr-77-T-30TBM

**SAMI AMIN AL-ARIAN,** *et al.*
_____

## **ORDER**

This cause came on for consideration upon Defendant Al-Arian's Motion to Exclude the Expert Testimony of Special Agent Myers (Dkt. #1152) and the Government's response thereto (Dkt. #1220).  Many of the issues raised in Defendant's Motion should be determined at trial upon appropriate objection by defense counsel, including Defendant's argument that Special Agent Myers should be precluded from testifying as to the use of "coded" language.

Defendant's argument that Special Agent Myers should be precluded from testifying as a summary witness should be DENIED.  The evidence in this case will include multiple names, multiple Social Security numbers, financial records of multiple organizations, and over four-hundred (400) recorded conversations spanning a decade.  Based on the voluminous nature of this evidence and the complexity of the alleged crimes involved, the use of a summary witness is appropriate to enable the jury to conveniently examine the evidence and determine whether the Government has proved each of its claims beyond a reasonable doubt.

In accordance with settled law, this Court will give a jury instruction on the use of summary witnesses prior to the use of any summary testimony or charts.  The jury will be

instructed that summaries are not evidence in the case or proof of any facts, and that they are being introduced by the Government solely for the purpose of explaining testimony or exhibits which already have been admitted into evidence. The jury will be instructed to rely solely on the evidence in the case to reach their verdict, and to disregard any summaries to the extent the summaries do not accurately reflect the evidence that has been admitted.

It is therefore ORDERED and ADJUDGED that Defendant Al-Arian's Motion to Exclude the Expert Testimony of Special Agent Myers (Dkt. #1152) is **DENIED,** as set forth herein.

**DONE** and **ORDERED** in Tampa, Florida on June 30, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2003\AL-ARIAN\03-cr-77 Motn Limine Exclude SumTest.wpd