FILED
06 APR -2 PM 12: 48

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:03-CR-77-T-30TBM

**UNITED STATES OF AMERICA**

-vs-                                                    27 February 2006

**SAMI AMIN AL-ARIAN,**                                  12:30 p.m.

       Defendant.
_____/

TRANSCRIPT OF PROCEEDINGS
*(IN-CAMERA HEARING)*
BEFORE THE HONORABLE JAMES S. MOODY, JR.,
UNITED STATES DISTRICT COURT JUDGE

APPEARANCES:

| | |
|---|---|
| **For the Government:** | **WALTER FURR, ESQUIRE** |
| | **TERRY ZITEK, ESQUIRE** |
| | *United States Attorney's Office* |
| | 400 North Tampa Street |
| | Suite 3200 |
| | Tampa, Florida 33602 |
| **For the Defendant Al-Arian:** | **LINDA MORENO, ESQUIRE** |
| | *Amy V. Jackson, P.A.* |
| | 730 East Strawbridge Avenue |
| | Number 200 |
| | Melbourne, Florida 32901 |
| ALSO PRESENT: | **SARA BOSWELL** (Courtroom Deputy Clerk) |
| | **FRANK DOHERTY** (Court Security Officer) |
| REPORTED BY: | **SHERRILL LYNN JACKSON, RPR** |
| | *Official Court Reporter* |
| | 801 North Florida Avenue |
| | Suite 13A |
| | Tampa, Florida 33602 |
| | Phone: (813) 301-5041 |

*(appearances continued on next page)*
STENOGRAPHICALLY REPORTED
COMPUTER-AIDED TRANSCRIPTION

