```
              UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
                   TAMPA DIVISION

         Case No. 8:03-CR-77-T-30TBM
```

**UNITED STATES OF AMERICA**

-vs-                                             17 April 2006

**SAMI AMIN AL-ARIAN,**                          8:39 a.m.

     Defendant.
------------------------------/

```
             TRANSCRIPT OF PROCEEDINGS
                  (MOTION HEARING)
       BEFORE THE HONORABLE JAMES S. MOODY, JR.,
          UNITED STATES DISTRICT COURT JUDGE
```

APPEARANCES:

**For the Government:**    **WALTER FURR, ESQUIRE**
                             **TERRY ZITEK, ESQUIRE**
                             **CHERIE KRIGSMAN, ESQUIRE**
                             *Assistant U.S. Attorneys*
                             *United States Attorney's Office*
                             400 North Tampa Street
                             Suite 3200
                             Tampa, Florida 33602

**For the Defendant**     **LINDA MORENO, ESQUIRE**
**Sami Al-Arian:**        *(Appearing Telephonically)*
                             *Linda Moreno, P.A.*
                             Post Office Box 10985 Avenue
                             Tampa, Florida 33679

                                - and -

                             **JACK EUGENE FERNANDEZ, ESQUIRE**
                             **DELMAR LEE FUGATE, ESQUIRE**
                             *Zuckerman Spaeder*
                             101 East Kennedy Boulevard,
                             Suite 1200
                             Tampa, Florida 33602

*(appearances continued on next page)*

STENOGRAPHICALLY REPORTED
COMPUTER-AIDED TRANSCRIPTION