**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                         **Case No. 8:03-CR-77-T-30TBM**

**SAMI AMIN AL-ARIAN,**

    **Defendant.**
_____/

**O R D E R**

THIS MATTER is before the court on the **Motion to Withdraw as Counsel Under Seal and Ex Parte** (Doc. S-32) filed by Linda Moreno, Esq. A hearing on this motion, as well as the motion to withdraw (S-31) filed by William Moffitt, Ms. Moreno's co-counsel, was conducted on January 27, 2006.

Upon consideration, the motion to withdraw (S-32) is GRANTED. Judgment as to Dr. Al-Arian was entered on May 1, 2006, (Doc. 1574), and C. Peter Erlinder, Esq., filed a Notice of Appeal on Dr. Al-Arian's behalf on May 10, 2006. (Doc. 1577). Counsel is relieved from further responsibility in this cause except as necessary to turn over all materials necessary for new counsel's adequate preparation for appeal. The Clerk is directed to unseal the pleadings at S-31, S-32, and S-33. The attachments to S-31 and S-32 shall remain under seal pending further order of the court.

**Done and Ordered** in Tampa, Florida, this 11th day of May 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record