UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:03-CR-77-T-30TBM

SAMI AMIN AL-ARIAN, *et al.*,

Defendants.
_____/

## ~~IN CAMERA~~ ORDER

After the return of the indictment in open court pursuant to Fed. R. Crim. P. 6(f), the government moved to seal the indictment until the arrest of the first defendant. I granted the motion and issued a written order to that effect. Soon thereafter, and before any defendant was arrested, Assistant United States Attorney Walter E. Furr, III, received instructions from his superiors that the State Department objected to the inclusion of paragraph 20 and attachment A of the indictment. In summary, the government believes the inclusion of these items jeopardized the United States's foreign policy. Consequently, the government orally moved to modify its previous motion to seal (oral motion made in chambers) so as to exclude any unsealing of paragraph 20 and attachment A. Accordingly, for the reasons stated by the government, it is

ORDERED:

1. The government's oral motion to modify this Court's order sealing the indictment is modified.

2. Paragraphs 20 and Attachment A are sealed until for further order of the Court.

3. The government is to provide the Clerk with redacted copies of the pertinent

pages of the indictment.

4. The previous order sealing the indictment until a defendant is arrested is modified to the extent that a **redacted copy** of the indictment can be unsealed when a defendant is arrested.

DONE AND ORDERED at Tampa, Florida on February 19, 2003.

Mark A. Pizzo
_____
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)

members and associates into the United States under the guise of academic conferences and meetings.

17. The Islamic Concern Project, Inc. (hereinafter referred to as "ICP"), also known as the Islamic Committee for Palestine, was a corporation established in Tampa, Florida. ICP was incorporated in the State of Florida on October 20, 1988 by SAMI AMIN AL-ARIAN. Unindicted Co-Conspirator Twelve was the Executive Director of ICP. ICP maintained bank accounts at Barnett Bank, Jacksonville, Florida and First Union Bank, Tampa, Florida. Authorized signatories on the ICP bank accounts were SAMI AMIN AL-ARIAN, Unindicted Co-Conspirator Twelve and Mohamed Najjar.

18. The World and Islam Studies Enterprise, Inc. (hereinafter referred to as "WISE") was a corporation established in Tampa, Florida. WISE was incorporated in the State of Florida on February 21, 1991 by SAMI AMIN AL-ARIAN. Unindicted Co-Conspirator Twelve was the Executive Director of WISE. WISE maintained a bank account at NCNB Bank, Tampa, Florida. Authorized signatures on the WISE bank account were SAMI AMIN AL-ARIAN, RAMADAN ABDULLAH SHALLAH and Unindicted Co-Conspirator Twelve.

19. The Islamic Academy of Florida, Inc. (hereinafter referred to as "IAF") was a tax exempt Florida corporation established on August 24, 1992. SAMI AMIN AL-ARIAN was the Director of IAF from its inception through at least June, 2002. SAMEEH HAMMOUDEH was also employed by the IAF and served as its Treasurer. IAF was located at 5910 East 130th Avenue, Tampa, Florida.

20. In September, 1993, an agreement was reached between Israel and the Palestinian Liberation Organization (hereinafter referred to as "PLO"), which negotiated

on behalf of Palestinians to establish a Palestinian Self-Government Authority, also known as the Palestinian Authority (hereinafter referred to as "PA"). The agreement was known as the Oslo Accords and it provided that the jurisdiction of the PA included the West Bank and Gaza Strip. The agreement transferred from Israel to the PA the authority over education, health, direct taxes, tourism, elections and the creation of a Palestinian police force to ensure public order. The PLO and the PA were headed by Yasser Arafat, a/k/a "The Grey One," a/k/a "The Old Man." Israel retained responsibility for defending the West Bank and Gaza Strip from external threats and for the overall security of Israelis.

21. On January 23, 1995, the President issued Executive Order 12947, which declared a national state of emergency, designating certain organizations and individuals as threats to the Middle East peace process and "Specially Designated Terrorists" (SDT's) and barred all financial transactions with them. Among the groups/individuals designated as SDT's were PIJ, HAMAS (the acronym for the Arabic name of the Islamic Resistance Movement), Fathi Shiqaqi and ABD AL AZIZ AWDA. On November 27, 1995, RAMADAN ABDULLAH SHALLAH was also designated as a Specially Designated Terrorist.

22. On October 8, 1997, the Secretary of State, pursuant to the Antiterrorism & Effective Death Penalty Act of 1996, Title 18, United States Code, Section 219, designated PIJ and HAMAS as "foreign terrorist organizations" (FTO's). As a result of this designation, it became illegal for any person within the United States or subject to its jurisdiction to provide material support or resources to PIJ and HAMAS.



**ATTACHMENT A**

FILE COPY

Date Printed: 02/21/2003

Notice sent to:

✓ Walter E. Furr, Esq.
U.S. Attorney's Office
Middle District of Florida
400 N. Tampa St., Suite 3200
Tampa, FL 33602