UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                                  Case No. 8:03-cr-77-T-36JSS

SAMI AMIN AL-ARIAN
_____/

## ORDER ON MOTION TO APPEAR PRO HAC VICE

THIS MATTER is before the Court on the Supplemental Motion to Admit Counsel Pro Hac Vice filed by Michael N. Hanna. (Dkt. 1698.) Michael N. Hanna, of Morgan & Morgan, P.A., moves the Court to allow Charles D. Swift to appear pro hac vice as counsel for Defendant, Sami Al-Arian, with Mr. Hanna designated as local counsel pursuant to Middle District of Florida Local Rule 2.02(a).

Mr. Hanna states that Mr. Swift is not a member of The Florida Bar and is a member in good standing of a federal district court outside Florida. (Dkt. 1698.) In accordance with Middle District of Florida Local Rule 2.02(a), counsel, if he has not done so already, is directed to file the appropriate forms, pay the requisite filing fee, and participate in electronic filing by registering for CM/ECF and obtaining passwords within fourteen (14) days of this Order.[1]

Counsel is also reminded that an attorney who appears specially in this Court pursuant to Middle District of Florida Local Rule 2.02(a) "shall be deemed to be familiar with, and shall be governed by," the local rules, including Rule 2.04 in particular, the Code of Professional Responsibility, and "other ethical limitations or requirements then governing the professional

---

[1] Counsel may obtain a password from the Court by accessing the Court's website, www.flmd.uscourts.gov, and clicking on CM/ECF. After registering for CM/ECF, counsel must also register an e-mail address.

behavior of members of The Florida Bar." M.D. Fla. Local Rule 2.02(c). Upon consideration, it is

    **ORDERED**:

1. The Supplemental Motion to Admit Counsel Pro Hac Vice (Dkt. 1698) is **GRANTED**.

2. The Motion to Admit Counsel Pro Hac Vice (Dkt. 1696) is **DENIED** as moot.

**DONE** and **ORDERED** in Tampa, Florida, on September 12, 2016.

                      JULIE S. SNEED
                UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record